# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA BARON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK, N.A., *et al.*<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>14-cv-4388 |

## STIPULATED ORDER TO EXTEND DISCOVERY BY SIXTY DAYS

AND NOW, this 22nd day of April, 2015, the Parties having agreed to extend the discovery deadline in the above referenced matter by sixty (60) days, from April 24, 2015, it is hereby **ORDERED** that the time for the completion of discovery is extended up to and including June 23, 2015. DISPOSITIVE MOTIONS DUE: JULY 7, 2015.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Gregory Gorski
Gregory Gorski, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th floor
100 South Broad Street
Philadelphia, PA 19110
P 215.735.8600
F 215.940.8000
E ggorski@consumerlawfirm.com

*Attorneys for Patricia Baron*

/s/Michael S. Zullo
Michael S. Zullo
Duane Morris LLP
E-mail:mszullo@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020

*Attorneys for U.S. Bank, N.A.*

The Honorable Ronald L. Buckwalter, United States District Judge